

U.S. Department of Justice

United States Attorney
Southern District of New York

ORIGINAL

*Exhibit "A"*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 10, 2007

*By Facsimile*

The Honorable Douglas F. Eaton
Chief United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007-1312

    Re:    United States v. Rigoberto Velasco,
            07 Cr. 275 (___)

APR 1 0 2007

Dear Judge Eaton:

       Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment in the above-captioned case was sealed. Because Rigoberto Velasco was arrested this morning, the Government requests that the Court unseal the indictment.

                          Very truly yours,

                          MICHAEL J. GARCIA
                          United States Attorney
                          Southern District of New York

        By:   *[signature]*
                Reed Michael Brodsky
                Assistant United States Attorney
                (212) 637-2492 (tel)
                (212) 637-2452 (fax)

SO ORDERED: DATE 4/10/2007
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE