```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    GOVERNMENT'S
                                       FORFEITURE BILL
          -v-                     :    OF PARTICULARS

RIGOBERTO VELASCO,                :    07 Cr. 275 (LAP)
     a/k/a "Flaco,"
                                  :

          Defendant.              :

- - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offense described in Count One of the Indictment as alleged in the Forfeiture Allegation, includes the following:

> the house and property located at 125 Rose Lane, New Hyde Park, New York 11040, is property representing proceeds obtained as a result of the narcotics offenses.

Dated:   New York, New York
         April 11, 2007

                              Respectfully Submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                         By: //s//Reed Michael Brodsky
                              Reed Michael Brodsky
                              Assistant United States Attorney
                              Telephone: (212)637-2492

**AFFIRMATION OF SERVICE**

      Reed Michael Brodsky, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

      That I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York.

      That on April 11, 2007, I caused one copy of the attached Bill of Particulars to be delivered by certified mail, return receipt requested to all counsel of record, and to be filed by ECF in the case of <u>United States</u> v. <u>Rigoberto Velasco</u>, 07 Cr. 275 (LAP).

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
           April 11, 2007

                                          //s//Reed Michael Brodsky
                                          Reed Michael Brodsky
                                          Assistant United States Attorney
                                          Telephone: (212)637-2492