```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :      GOVERNMENT'S
                                        FORFEITURE BILL
         -v-                     :      OF PARTICULARS

RIGOBERTO VELASCO,               :      07 Cr. 275 (LAP)
     a/k/a "Flaco,"
                                 :

         Defendant.              :

- - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offense described in Count One of the Indictment as alleged in the Forfeiture Allegation, includes the following:

> the house and property located at 3051 82nd Street, Elmhurst, New York 11370, is property representing proceeds obtained as a result of the narcotics offenses;
>
> the house and property located at 3053 82nd Street, Elmhurst, New York 11370, is property representing proceeds obtained as a result of the narcotics offenses; and
>
> the business known as "Planet Beauty Salon Inc. and Spa" located at 40-14 83rd Street, Elmhurst, New York 11373, is property representing proceeds obtained as a result of the narcotics offenses.

Dated:    New York, New York
          April 11, 2007

                              Respectfully Submitted,

                              MICHAEL J. GARCIA
                              United States Attorney


                          By: //s//Reed Michael Brodsky
                              Reed Michael Brodsky
                              Assistant United States Attorney
                              Telephone: (212)637-2492

**AFFIRMATION OF SERVICE**

       Reed Michael Brodsky, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

       That I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York.

       That on April 11, 2007, I caused one copy of the attached Bill of Particulars to be delivered by certified mail, return receipt requested to all counsel of record, and to be filed by ECF in the case of <u>United States</u> v. <u>Rigoberto Velasco</u>, 07 Cr. 275 (LAP).

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
           April 11, 2007

                                        //s//Reed Michael Brodsky
                                        Reed Michael Brodsky
                                        Assistant United States Attorney
                                        Telephone: (212)637-2492