UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against-                         **NOTICE OF APPEARANCE**

RIGOBERTO VELASCO,                Docket No. 07 Cr. 275 (LAP)

    a/k/a. "Flaco,"
                Defendant.
-----------------------------------------------------------------x

       Please Take Notice that I, Frank A. Ortiz, Esq., appear herein on behalf of the above named defendant and hereby demand that a copy of all notices and other papers be served upon me at 127 Livingston Street, Brooklyn, New York 11201, Kings County, State of New York.

Dated: July 3, 2007

                                                          Respectfully Submitted,

                                          By: *s/Frank A. Ortiz*
                                                Frank A. Ortiz
                                                Attorney for Defendant
                                                Ortiz & Ortiz, LLP
                                                127 Livingston Street
                                                Brooklyn, New York 11201
                                                Tel. (718) 522-1117
                                                Fax (718) 596-1302

To:    United States Attorney
         Southern District of New York

         Clerk of the Court