

U.S. Department of Justice

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 23, 2007

*By Facsimile*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Rigoberto Velasco,
     07 Cr. 275 (LAP)

Dear Judge Preska:

① On Wednesday, September 19, 2007, the Government and Frank A. Ortiz, Esq., counsel for the defendant Rigoberto Velasco, agreed to postpone the conference before Your Honor to October 24, 2007 at 4:30 p.m. Mr. Ortiz requested additional time to review the discovery before making any motions and to discuss a potential disposition with the defendant. With the consent of Mr. Ortiz, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), and in the interests of justice, the Government moves to exclude time through the next pre-trial conference on October 24, 2007.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/ Reed Michael Brodsky
Reed Michael Brodsky
Marissa Molé
Assistant United States Attorneys
(212) 637-2492/2755 (tel)
(212) 637-2387 (fax)

cc by fax: Frank A. Ortiz, Esq.

[Handwritten annotations:]

② Time is excluded from calculation under the Speedy Trial Act in order to continue plea discussions and to review discovery to determine if motions are required. Such exclusion is in the interest of justice.

So ordered
Loretta A. Preska
USDJ
September 24, 2007