## ORTIZ & ORTIZ, L.L.P.
ATTORNEYS AT LAW
127 LIVINGSTON STREET
BROOKLYN, NEW YORK 11201

FRANK A. ORTIZ
NORMA E. ORTIZ*

*ADMITTED IN NEW YORK AND NEW JERSEY

TEL. (718) 522-1117
FAX. (718) 596-1302
EMAIL. email@ortizandortiz.com



October 22, 2007

**BY FACSIMILE TRANSMISSION**
Hon. Loretta A. Preska
U.S. District Court Judge
U.S. District Court
500 Pearl Street, Room 1320
New York, New York 10007

~~XXXX~~ Docket 07 cr 0275
Re: U.S. v. Rigoberto Velasco
<u>Indictment No. 1670/07</u>

Dear Judge Preska:

(1) We respectfully request an adjournment of the conference, presently scheduled for <u>October 24th, to October 31st at 10:00 a.m.</u> in the above-referenced case. Assistant U.S. Attorney Reed Brodsky has consented to our request.

(2) The Defendant consents to the exclusion of time for the period from October 24th through October 31st. *Such exclusion is in the interests of justice to permit discussions between counsel.*

Thank you for your consideration.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
October 24, 2007

Very truly yours,

*[signature]*
Norma E. Ortiz

cc: Reed Brodsky, A.U.S.A.