

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 9, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

*By Facsimile*

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Rigoberto Velasco,
             07 Cr. 275 (LAP)

Dear Judge Preska:

       Because the next conference in the above-captioned case has been moved from December 17, 2007 to December 19, 2007 at 10:00 a.m., pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the Government moves for the exclusion of time to December 19 in the interests of justice.

So ordered
Loretta A. Preska
USDJ
November 12, 2007

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *Reed Michael Brodsky*
Reed Michael Brodsky
Marissa Molé
Assistant United States Attorneys
(212) 637-2492/2755 (tel)
(212) 637-2387 (fax)

cc by fax: Frank A. Ortiz, Esq.