**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

against

RIGOBERTO VELASCO a/k/a "FLACO"

Defendant.

07 CR. 275 (LAP)
Docket No. Assigned
Judge or Magistrate Judge

**NOTICE OF APPEARANCE**

TO Clerk - United States District Court
SIR:

You are hereby notified that I appear for the defendant indicated above in the entitled action.

I am appearing in this action as

1. [ ] CJA     2. [✓] RETAINED     3. [ ] PUBLIC DEFENDER

Admitted to practice in this court [ ] NO  [✓] YES – if yes give your date of Admission. Mo. **January**  Yr. **1980**

I do hereby certify that I have filed or will file a certificate of good standing from the **New York** State Court, pursuant to criminal Rule 1 of the Local Rules for the Southern and Eastern Districts of New York.

Dated: New York, New York
       December 5, 2007

Signature _Barry E. Schulman_
Attorney for Defendant

**Barry E. Schulman**
Firm Name if Any

**16 Court Street, Suite – 2901**
Street Address

**Brooklyn, New York   11241**
City           State           Zip

**(718) 855-8855**
Telephone Number

Note: Please complete this Notice of Appearance and Submit to the Clerk.
SNY CR. FORM REV.0186