UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against-                         **CONSENT TO CHANGE
OF ATTORNEY**

RIGOBERTO VELASCO,

                                            Docket No. 07 Cr. 275 (LAP)

    a/k/a. "Flaco,"
                      Defendant.
------------------------------------------------------------x

       We, the undersigned, do hereby consent and agree that Frank A. Ortiz, Esq., attorney of record for the defendant, with offices located at 127 Livingston Street, Brooklyn, New York 11201, be changed and that Barry Schulman Esq., with offices located at 16 Court Street, Brooklyn, New York 11241, be substituted as attorney for Rigoberto Velasco, the defendant herein, in the place and stead of Frank A. Ortiz.

Dated: November 28, 2007

_____
Frank A. Ortiz, Esq.
*Retiring Attorney for Defendant*

_____
Rigoberto Velasco
*Defendant*