ORTIZ & ORTIZ, L.L.P.
ATTORNEYS AT LAW
127 LIVINGSTON STREET
BROOKLYN, NEW YORK 11201

FRANK A. ORTIZ
NORMA E. ORTIZ*
LEITHA M. ORTIZ
*ADMITTED IN NEW YORK AND NEW JERSEY

TEL. (718) 522-1117
FACS. (718) 596-1302
EMAIL email@ortizandortiz.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

RECEIVED
DEC 11 2007
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

December 10, 2007

Hon. Loretta A. Preska
Judge, U.S. District Court
Southern District of New York
500 Pearl Street, Rm 1320
New York, NY 10007

Re: U.S. v. Rigoberto Velasco
07 Crim 275

Dear Judge Preska,

The purpose of this letter is to request that the undersigned be excused from appearing in any further court proceedings to be held in the referenced case for the reasons that counsel has been substituted by attorney Barry Schulman of 16 Court Street, Brooklyn, NY pursuant to a written Consent of Change of Attorney signed by the defendant and that Mr. Schulman has entered his notice of appearance.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
DISTRICT JUDGE
December 12, 2007

Respectfully submitted,

*/s/ Frank A. Ortiz*
Frank A. Ortiz, Esq
127 Livingston Street
Brooklyn, NY 11201

cc: A.U.S.A. Ray Brodsky