

U.S. Department of Justice

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 25, 2008

*By Facsimile*

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Rigoberto Velasco,
               07 Cr. 275 (LAP)

Dear Judge Preska:

①     Counsel for the defendant has informed the Government that he would like to postpone the next conference to February 21, 2008. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), with the counsel for the defendant's consent, the Government moves for
② the exclusion of time until February 21, 2008 in the interests of justice.

*Such exclusion of time is in the interests of justice.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

SO ORDERED      By: *Reed Michael Brodsky*
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*February 3, 2008*

Reed Michael Brodsky
Marissa Molé
Assistant United States Attorneys
(212) 637-2492/2755 (tel)
(212) 637-2452 (fax)

cc: Barry E. Schulman