LAW OFFICES OF

# Barry E. Schulman

16 COURT STREET
SUITE - 2901
BROOKLYN, NEW YORK 11241

(718) 855-8855
(718) 855-5840
FAX: (718) 875-1768

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

DEBORAH A. SANTELMO
OF COUNSEL

**VIA FACSIMILE
(212)805-7941**

March 19, 2008

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      Re: United States v. Velasco
         07 CR-00275 LAP

Dear Judge Preska:

    Reference is made to the above case and prior court appearances. Due to recent illness of defense counsel, a request to modify the motion schedule, previously set is necessary.

    After consulting with Assistant United States Attorney Reed Brodsky and with his consent, it is requested that defense motions be served on **April 2, 2008**; the Government's response on **April 16, 2008** and defense to reply thereto on **April 23, 2008**. All parties agree to maintain **April 28, 2008** for oral argument and necessary Court appearance. Defense consents to the exclusion of time to **April 28, 2008** from calculation under the Speedy Trial Act. *in the interests of justice.*

① ②

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

march 22, 2008

If Your Honor requires any additional information, please do not hesitate to contact my office. Thank you for your attention.

Very truly yours,

BARRY E. SCHULMAN

BES:mc

CC: Reed M. Brodsky
Assistant United States Attorney
**Via Facsimile: (212) 637-2452**