LAW OFFICES OF

# *Barry E. Schulman*

16 COURT STREET
SUITE - 2901
BROOKLYN, NEW YORK 11241

(718) 855-8855
(718) 855-5840
FAX: (718) 875-1768

DEBORAH A. SANTELMO
OF COUNSEL

**VIA FACSIMILE
(212)805-7941**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08
```

April 24, 2008

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: United States v. Velasco
07-CR-00275 LAP

Dear Judge Preska:

Reference is made to the above case and prior court appearances. Due to continuing illness of defense counsel, a request to modify the motion schedule, previously set is necessary.

After consulting with Assistant United States Attorney Reed Brodsky and with his consent, it is requested that defense motions be served on **May 9, 2008**; the Government's response on **May 23, 2008** and defense to reply thereto on **May 29, 2008**. Oral argument to be set for **June 4, 2008** at 10:00 a.m. Defense consents to the exclusion of time to **June 4, 2008** from calculation under the Speedy Trial Act.

*Time is excluded to June 4 from calculation under the Speedy Trial Act in the interest of justice.*

*April 25, 2008*

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Page Two
April 24, 2008

    If Your Honor requires any additional information, please do not hesitate to contact my office. Thank you for your attention.

Very truly yours,

BARRY E. SCHULMAN

BES:mc

CC: Reed M. Brodsky
Assistant United States Attorney
**Via Facsimile: (212) 637-2452**