

# NEW YORK CITY POLICE DEPARTMENT

## *Photographic Line-Up*







1 _____     2 _____     3 _____





4 _____     5 *Flacko* ████████     6 _____

Identification made :  ☒ YES  ☐ NO          Photo selected : # ____*5*____

Date of Identification : *4-6-07*          Initialed by the witness ████████

EXHIBIT B



# NEW YORK CITY POLICE DEPARTMENT





## *Photographic Line-Up*





1 _____     2 _____     3 _____





4 _____     5 _Flaco_ ▮▮▮▮▮     6 _____

---

Identification made :  ☒ YES  ☐ NO          Photo selected :  # ___5___

Date of Identification : __4-6-07__          Initialed by the witness ▮▮▮▮▮▮▮▮▮▮





Looks more like
flaco

4/6/07
9.20 AM