

**U.S. Department of Justice**

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 3, 2008

*By Facsimile*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   United States v. Rigoberto Velasco,
             07 Cr. 275 (LAP)

Dear Judge Preska:

       The Government respectfully requests additional time to respond to the defendant Rigoberto Velasco's motion to suppress certain evidence. In addition, the Government requests that the Court postpone the date for oral argument from June 9, 2008 to a date in late June and/or early July 2008. Finally, pursuant to Title 18, United States Code, Section 3161, the Government moves for the exclusion of time until the date scheduled for oral argument.

*[Handwritten: Oral argument is adjourned to July 9, 2008 at 4:00 p.m. Time is excluded under the Speedy Trial Act until that date in the interests of justice.]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *[signature]*
Reed Michael Brodsky
Marissa Molé
Assistant United States Attorneys
(212) 637-2492/2755 (tel)
~~(212) 637-2452~~ (fax)

SO ORDERED

cc: Barry E. Schulman, Esq.
*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*[Handwritten: June 4, 2008]*