

U.S. Department of Justice

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 8, 2008

*By Facsimile*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Rigoberto Velasco,
            07 Cr. 275 (LAP)

Dear Judge Preska:

    Counsel for the defendant has informed the Government that he would like to postpone the next conference to July 21, 2008 at 10:00 a.m. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), with the counsel for the defendant's consent, the Government moves for the exclusion of time until July 21, 2008 in the interests of justice.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney
                                Southern District of New York

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

By: *Reed Michael Brodsky*
Reed Michael Brodsky
Marissa Molé
Assistant United States Attorneys
(212) 637-2492/2755 (tel)
(212) 637-2452 (fax)

July 8, 2008

cc: Barry E. Schulman