

**U.S. Department of Justice**

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 17, 2008

*By Facsimile*

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

Re:  United States v. Rigoberto Velasco,
     07 Cr. 275 (LAP)

Dear Judge Preska:

① The Government and counsel for the defendant Rigoberto Velasco respectfully and jointly request that the Court schedule oral argument for Velasco's motion to suppress for September 4, 2008 at 2:30 p.m. In addition, the parties request the following briefing schedule: ② (1) the Government will respond to Velasco's motion on or before July 31, 2008; and (2) Velasco will reply to the Government's response on or before August 28, 2008. Finally, pursuant to Title 18, United States Code, Section 3161, the Government moves for the exclusion of time until the ③ date scheduled for oral argument. Velasco does not object to the exclusion of time.

*Such exclusion of time is in the interests of justice.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/ Reed Michael Brodsky
Reed Michael Brodsky
Marissa Molé
Assistant United States Attorneys
(212) 637-2492/2755 (tel)
(212) 637-2452 (fax)

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 17, 2008

cc: Barry E. Schulman, Esq.