LAW OFFICES OF

# Barry E. Schulman

16 COURT STREET
SUITE - 2901
BROOKLYN, NEW YORK 11241

—

(718) 855-8855
(718) 855-5840
FAX: (718) 875-1768

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/4/08_

DEBORAH A. SANTELMO
OF COUNSEL

**VIA FACSIMILE**
**(212)805-7941**

September 3, 2008

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: <u>United States v. Velasco</u>
07 CR-00275 LAP

Dear Judge Preska:

Reference is made to the above case which is currently scheduled for oral argument on September 4, 2008 at 2:30. Counsel is requesting that this appearance be adjourned so that new dates be set for the following briefing schedule.

After consulting with Assistant United States Attorney Reed Brodsky and with his consent, it is requested that the Government's response on or before **September 25, 2008** and defense to reply thereto on or before **October 16, 2008.** Oral argument to be set for either ~~November 5, or~~ **November 6, 2008** at 2:30 p.m or other date convenient to the Court. Defense consents to the exclusion of time to the date of oral argument from calculation under the Speedy Trial Act.

SO ORDERED

*[signature]*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

September 3, 2008

Page Two
September 3, 2008


     If Your Honor requires any additional information, please do not
hesitate to contact my office.  Thank you for your attention.

                                          Very truly yours,

                                          *Barry E. Schulman*

BES:mc                                    BARRY E. SCHULMAN


CC:  Reed M. Brodsky
     Assistant United States Attorney
     **Via Facsimile: (212) 637-2452**